IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BATTLE BORN MUNITIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> DICK'S SPORTING GOODS, INC., <br><br> Defendant. | 2:18-CV-01418-CCW |

## JUDGMENT ORDER

In light of the parties' joint stipulation, ECF No. 164, and the parties' joint status report, ECF No. 166, there are no further pending matters to be resolved in this action.

FINAL JUDGMENT is hereby entered in favor of Plaintiff Battle Born Munitions Inc., and against Dick's Sporting Goods, Inc., pursuant to Rule 58 of the Federal Rules of Civil Procedure in the amount of $123,070.  Each party shall bear its own costs.

IT IS SO ORDERED.


DATED this 2nd day of December, 2021.


BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge



cc (via ECF email notification):

All Counsel of Record